Ronnie BAZILE, a/k/a Ronnie Aaron,
Plaintiff–Appellant,

v.

NFL–BALTIMORE RAVENS, PROP-
ERTIES, INCORPORATED; Art Mo-
dell, Former Owner; Steve Bisciotti,
Owner; David Modell, Former Owner,
Defendants–Appellees.

No. 05–2281.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2006.

Decided May 18, 2006.

Ronnie Bazile, Appellant Pro Se.

Before WILLIAMS, MOTZ, and
TRAXLER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Ronnie Bazile appeals the district
court's order dismissing his copyright in-
fringement action as frivolous under 28
U.S.C. § 1915(e) (2000). We have re-
viewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. See Ba-
zile v. NFL, No. CA–05–2526–1 (D.Md.
filed Oct. 21, 2005; entered Oct. 24, 2005).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*